# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOAN ELIZABETH MORGAN-NICHOLSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF ORAL ANGELO NICHOLSON, Plaintiff, v. EMILIO SUAREZ, et. al., Defendants. | Case No.: _____ |

## NOTICE OF AND PETITION FOR REMOVAL

Petitioners/Defendants Emilio Suarez, Emilio Suarez Senzano, and H&S Hauling, LLC (collectively, "Defendants") by counsel, and pursuant to 28 U.S.C. §1441 *et. seq.*, hereby files this Notice of and Petition for Removal of this action, from the Superior Court for the District of Columbia, in which it is now pending, to the United States District Court for the District of Columbia, Civil Division ("Petition"), and in support thereof, respectfully states as follows:

1. Defendants have been named in a suit filed in the Superior Court for the District of Columbia, Case No.: 2021 CA 004697 B. Suit was filed on December 13, 2021.

2. Defendants were served or otherwise provided notice of the Summons and Complaint on January 26, 2022. Therefore, this Notice and Petition is timely pursuant to Title 28 U.S.C. § 1446(b)(1).

3. A Copy of the Summons, Complaint, and all related documents, as filed in the Superior Court for the District of Columbia, are attached as **Exhibit A**.

4. The above-entitled matter is a civil action for survivorship, wrongful death, and *respondeat superior* in which the Plaintiff alleges Defendants' negligence in connection with an incident that occurred on December 24, 2019, within the boundaries of the District of Columbia.

5. Plaintiff's Complaint demands damages in the amount of Ten Million Dollars ($10,000,000.00).

6. As alleged in the Complaint, Plaintiff is a current resident of Adelphi, Maryland, located in Prince George's County.

7. As further alleged in the Complaint, Defendants Suarez and Suarez Senzano (who are the same individual) are residents of the County of Fairfax.  H&S Hauling, LLC is a Virginia corporation with a principal place of business in Alexandria, Virginia.

8. As demonstrated above, the above-entitled action is one in which this Court has jurisdiction pursuant to Title 28 U.S.C. §1332(a)(1) as there is complete diversity among the parties.  In addition, the amount in controversy exceeds the jurisdictional threshold of $75,000.00 pursuant to Title 28 U.S.C. § 1332(a).   Therefore, Defendants are entitled to remove this action to this Court under Title 28 U.S.C. §1441(b).

9. WHEREFORE, Petitioners/Defendants Emilio Suarez, Emilio Suarez Senzano, and H&S Hauling, LLC, respectfully request that the above-entitled action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted this 23rd day of February, 2022.

**EMILIO SUAREZ,**
**EMILIO SUAREZ SENZANO, and**
**H&S HAULING, LLC,**

By Counsel

*/s/ Joshua Hoffman*

Joshua M. Hoffman, Esq. (Bar No. 495390)
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia 20171
jhoffman@fandpnet.com
Telephone:  (703) 793-1800
Facsimile:  (703) 793-0298

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of February, 2022, a true and accurate copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, and the foregoing was also served via U.S. mail to the following:

> James E. McCollum, Jr., Esquire
> Amit K. Sharma, Esquire
> THE McCOLLUM FIRM, LLC
> 7309 Baltimore Avenue
> Suite 117
> College Park, MD 20740
>
> *Counsel for Plaintiff*

*/s/ Joshua Hoffman*

Joshua M. Hoffman