

Superior Court of the District of Columbia
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Joan Elizabeth Morgan-Nicholson, P.R. Estate Oral Angelo Nicholson
_____
Plaintiff

vs.

**H&S Hauling, LLC**
_____
Defendant

Case Number **2021 CA 004697 B**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**James E. McCollum, Jr.**
Name of Plaintiff's Attorney

**7309 Baltimore Avenue, Suite 117**
Address
**College Park, Maryland 20740**

**301-864-6070**
Telephone

By _____ Deputy Clerk

Date **12/22/2021**

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

Joan Elizabeth Morgan-Nicholson, P.R. Estate of Oral Angelo Nicholson
_____
Demandante
contra

Número de Caso: 2021 CA 004697 B

H&S Hauling, LLC
_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

James E. McCollum, Jr.
_____
Nombre del abogado del Demandante

7309 Baltimore Avenue, Suite 117
_____
Dirección
College Park, Maryland 20740

301-864-6070
_____
Teléfono

SECRETARIO DEL TRIBUNAL

Por: _____
Subsecretario

Fecha **12/22/2021**

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                                                  Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

Joan Elizabeth Morgan-Nicholson
Personal Representative of CIVIL DIVISION- CIVIL ACTIONS BRANCH
Estate of Oral Angele Nicholson   INFORMATION SHEET

Case Number: **2021 CA 004697 B**

Emilio Suarez, et al.

Date: December 13, 2021

☐ One of the defendants is being sued in their official capacity.

Name: (Please Print) James E. McCollum, Jr.
Firm Name: The McCollum Firm, LLC
Telephone No.: 301-864-6070   Six digit Unified Bar No.: 398117

Relationship to Lawsuit:
☒ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other:

TYPE OF CASE: ☐ Non-Jury   ☒ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 10,000,000.00   Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____
Case No.: _____   Judge: _____   Calendar #: _____

## NATURE OF SUIT:   (Check One Box Only)

### A. CONTRACTS                         COLLECTION CASES

☐ 01 Breach of Contract   ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty   ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument   ☐ 27 Insurance/Subrogation   ☐ 26 Insurance/Subrogation
☐ 07 Personal Property   Over $25,000 Pltf. Grants Consent   Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation   ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees   Under $25,000 Pltf. Grants Consent   Under $25,000 Consent Denied
☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)

### B. PROPERTY TORTS

☐ 01 Automobile   ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion   ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

### C. PERSONAL TORTS

☐ 01 Abuse of Process   ☐ 10 Invasion of Privacy   ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection   ☐ 11 Libel and Slander   ☒ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery   ☐ 12 Malicious Interference   ☐ 19 Wrongful Eviction
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution   ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation)   ☐ 14 Malpractice Legal   ☐ 21 Asbestos
☐ 06 False Accusation   ☐ 15 Malpractice Medical (including wrongful death)   ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest   ☐ 16 Negligence- (Not Automobile, Not Malpractice)   ☐ 23 Tobacco
☐ 08 Fraud   ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

### C. OTHERS
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (DC Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (DHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

### D.
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [D.C. Code § 2-1802.03 (h) or 32-151.9 (d)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlements
- [ ] 25 Petition for Liquidation

### D. REAL PROPERTY
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_/s/ [signature]_  
Attorney's Signature

December 13, 2021  
Date



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**Filed**
**D.C. Superior Court**
**12/22/2021 12:07PM**
**Clerk of the Court**

Joan Elizabeth Morgan-Nicholson, P.R. Estate Oral Angelo Nicholson

Plaintiff

vs.

**Emilio Suarez**

Defendant

Case Number **2021 CA 004697 B**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**James E. McCollum, Jr.**
Name of Plaintiff's Attorney

**7309 Baltimore Avenue, Suite 117**
Address
**College Park, Maryland 20740**

**301-864-6070**
Telephone

By _____ Deputy Clerk

Clerk of the Court

Date **12/21/2021**

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

Joan Elizabeth Morgan-Nicholson, P.R. Estate of Oral Angelo Nicholson
                                                Demandante
                    contra

                                                                Número de Caso: 2021 CA 004697 B

Emilio Suarez
                                                Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

James E. McCollum, Jr.
Nombre del abogado del Demandante

7309 Baltimore Avenue, Suite 117
Dirección
College Park, Maryland 20740

301-864-6070
Teléfono

SECRETARIO DEL TRIBUNAL

Por: _____ Subsecretario

Fecha: 12/21/2021

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

한국어 번역을 원하시면 (202) 879-4828 로 전화하십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

Joan Elizabeth Morgan-Nicholson
Personal Representative of
Estate of Oral Angelo Nicholson

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

Case Number: **2021 CA 004697 B**

Emilio Suarez, et al.

Date: December 13, 2021

☐ One of the defendants is being sued in their official capacity.

| Name: (Please Print) James E. McCollum, Jr. | Relationship to Lawsuit |
|---|---|
| Firm Name: The McCollum Firm, LLC | ☒ Attorney for Plaintiff |
| Telephone No.: 301-864-6070   Six digit Unified Bar No.: 398117 | ☐ Self (Pro Se) ☐ Other |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury
Demand: $ 10,000,000.00       Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____  Judge:_____  Calendar #:_____
Case No.:_____  Judge:_____  Calendar #:_____

NATURE OF SUIT: (Check One Box Only)

**A. CONTRACTS**                                        **COLLECTION CASES**

☐ 01 Breach of Contract              ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty              ☐ 17 OVER $25,000 Pltf. Grants Consent     ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument           ☐ 27 Insurance Subrogation                 ☐ 26 Insurance Subrogation
☐ 07 Personal Property                    Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination       ☐ 07 Insurance Subrogation                 ☐ 34 Insurance Subrogation
☐ 15 Special Education Fees               Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                     ☐ 28 Motion to Confirm Arbitration
                                          Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile           ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion           ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy              ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander                    Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference           ☒ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution            ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal                ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 16 Negligence- (Not Automobile,     ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                            Not Malpractice)                 ☐ 23 Tobacco
                                                                       ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE  ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlements
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_/s/ [signature]_    December 13, 2021
Attorney's Signature    Date

CV-498/ June 2015

Filed
D.C. Superior Court
12/23/2021 10:46AM
Clerk of the Court

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ELIZABETH MORGAN-NICHOLSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF ORAL ANGELO NICHOLSON, 8501 21st Avenue Adelphi, Maryland 20783<br><br>Plaintiff,<br><br>v.<br><br>EMILIO SUAREZ, 4915 Manitoba Drive, Apt. 203 Alexandria, Virginia 22312<br><br>and<br><br>EMILIO SUAREZ SENZANO, 4915 Manitoba Drive, Apt. 203 Alexandria, Virginia 22312<br><br>and<br><br>H&S HAULING, LLC, 4915 Manitoba Drive, Apt. 203 Alexandria, Virginia 22312 **Serve:** Emilio Suarez Senzano, Registered Agent 4915 Manitoba Drive, Apt. 203 Alexandria, Virginia 22312<br><br>Defendants. | Civil Action No. **2021 CA 004697 B** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Joan Elizabeth Morgan-Nicholson, Personal Representative of the Estate of Oral Angelo Nicholson ("Plaintiff"), by and through undersigned counsel, hereby sues Emilio Suarez, Emilio Suarez Senzano, and H&S Hauling, LLC (collectively "Defendants"), and states as follows:

## INTRODUCTION

1. Plaintiff brings this action to recover damages arising from the death of Oral Angelo Nicholson as a result of an incident that took place on December 24, 2019, in Washington, D.C. Plaintiffs sues Defendants under the District of Columbia Survival Act, D.C. Code § 12-101 *et seq.*; the District of Columbia Wrongful Death Act, D.C. Code § 16-2701 *et seq.*; and for negligence.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to D.C. Code § 11-921(a) in that the matters alleged herein occurred in the District of Columbia.

3. This Court has jurisdiction over the parties pursuant to D.C. Code § 13-423(a)(1).

## PARTIES

4. Plaintiff is the wife of Oral Angelo Nicholson and Personal Representative of the Estate Oral Angelo Nicholson, Estate No. 123227, which was opened on December 6, 2021, in the Orphans' Court for Prince George's County, Maryland.

5. Upon information and belief, Defendant Emilio Suarez and/or Emilio Suarez Senzano is an adult resident of the Commonwealth of Virginia.

6. Upon information and belief, Defendant H&S Hauling, LLC ("H&S"), is a limited liability company organized under the laws of the Commonwealth of Virginia with its principal place of business at 4915 Manitoba Drive, Apt. 203, Alexandria, Virginia 22312.

## STATEMENT OF FACTS

7. On December 24, 2019, Defendant Suarez/Senzano was having mechanical problems with his dump truck drive shaft.

8. Upon information and belief, the dump truck operated by Defendant Suarez/Senzano was owned by H&S.

9. Defendant Suarez/Senzano and Oral Angelo Nicholson ("Decedent") started to work on the dump truck and lifted the bed of the truck to reach the axle.

10. The Decedent was positioned between the frame and the bed of the dump truck.

11. After the work was completed, Defendant Suarez/Senzano gathered the tools and placed them in a van.

12. Defendant Suarez/Senzano returned to the dump truck and began to let the bed of the dump truck down and proceeded to get into the driver seat of the dump truck when he heard a squealing sound.

13. Defendant Suarez/Senzano turned and saw the Decedent caught between the bed of the dump truck and the frame.

14. Defendant Suarez/Senzano then pushed the switch to lift the bed of the dump truck off of the Decedent, pulled the Decedent off of the frame of the dump truck, and dialed 911.

15. Engine Company No. 20 and Medic No. 5 reported to the scene and found the Decedent unconscious and not breathing.

16. CPR and life saving techniques were performed with negative results.

17. The Decedent was pronounced dead at the scene at approximately 11:30 a.m.

## CAUSES OF ACTION

### COUNT I
### (NEGLIGENCE-SURVIVAL ACTION)

18. Plaintiff realleges and incorporate by reference paragraphs 1 through 17 of this Complaint and further states as follows.

19. Plaintiff is the wife of Oral Angelo Nicholson and Personal Representative of the Estate Oral Angelo Nicholson.

20. As set forth above, Defendant Suarez/Senzano was negligent. Defendant Suarez/Senzano had a duty of care and breached his duty of care and committed negligence by not operating his dump truck and the bed of his dump truck in a proper and prudent manner, failing to keep a proper lookout, and by causing the bed of his dump truck to crush the Decedent to his death.

21. Defendant Suarez/Senzano's breaches thereby caused Decedent's injuries which resulted in his subsequent death.

22. Decedent lived for a period of time after Defendant Suarez/Senzano violently crushed Decedent to death.

23. Upon information and belief, Decedent suffered severe physical pain, as well as excruciating mental anguish and fear of his impending death.

WHEREFORE, Plaintiff demands judgment against Defendant Suarez/Senzano in the amount of $10,000,000 for damages including pain and suffering, mental anguish and discomfort that Decedent experienced prior to this death, lost future earnings, economic loss suffered, medical expenses, and any other economic and non-economic damages recoverable under District of Columbia law, plus reasonable attorneys' fees, interest, costs, and any other relief that the Court deems just or that may be proven at trial or otherwise.

## COUNT II
### (NEGLIGENCE-WRONGFUL DEATH)

24. Plaintiff realleges and incorporates by reference paragraphs 1 through 23 of this Complaint and further states as follows.

25.  Plaintiff is the wife of Oral Angelo Nicholson and is the heir or next of kin under District of Columbia law.

26.  As set forth above, Defendant Suarez/Senzano was negligent. Defendant Suarez/Senzano had a duty of care and breached his duty of care and committed negligence by not operating his dump truck and the bed of his dump truck in a proper and prudent manner, failing to keep a proper lookout, and by causing the bed of his dump truck to crush the Decedent to his death.

27.  Defendant Suarez/Senzano's breaches thereby caused Decedent's injuries which resulted in his subsequent death.

28.  Decedent lived for a period of time after Defendant Suarez/Senzano violently crushed Decedent to death.

29.  Upon information and belief, Decedent suffered severe physical pain, as well as excruciating mental anguish and fear of his impending death.

WHEREFORE, Plaintiff demands judgment against Defendant Suarez/Senzano in the amount of $10,000,000 for damages, including funeral and burial expenses, loss of financial support, loss of the pecuniary value of services expected to be performed by Decedent, a loss of care, guidance, education, training, and advice, and any other economic and non-economic damages recoverable under District of Columbia law, plus reasonable attorneys' fees, interest, costs, and any other relief that the Court deems just or that may be proven at trial or otherwise.

## COUNT III
### (RESPONDENT SUPERIOR)

30.  Plaintiff realleges and incorporates by reference paragraphs 1 through 29 of this Complaint and further states as follows.

31.  Upon information and belief, Defendant Suarez/Senzano was employed by H&S as a commercial driver.

5

32. As set forth above, Defendant Suarez/Senzano was negligent. Defendant Suarez/Senzano had a duty of care and breached his duty of care and committed negligence by not operating his dump truck and the bed of his dump truck in a proper and prudent manner, failing to keep a proper lookout, and by causing the bed of his dump truck to crush the Decedent to his death.

33. The above-described acts of Defendant Suarez/Senzano were committed within the scope of his employment with Defendant H&S, in that he committed them while on duty and in furtherance of Defendant H&S's business and/or interests.

34. As Defendant Suarez/Senzano's employer, Defendant H&S is responsible for all acts committed by Defendant Suarez/Senzano within the scope of his employment.

WHEREFORE, Plaintiff demands judgment against Defendant H&S in the amount of $10,000,000 for damages plus reasonable attorneys' fees, interest, costs, and any other relief that the Court deems just or that may be proven at trial or otherwise.

Respectfully submitted,

*[signature]*
James E. McCollum, Jr.
D.C. Bar No. 398117
Amit K. Sharma
D.C. Bar No. 503604

The McCollum Firm, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740
Tel:   (301) 864-6070
Fax:   (301) 864-4351
jmccollum@jmlaw.net
asharma@jmlaw.net

*Attorneys for Plaintiffs*

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury of her claims.

                                                               */s/ James E. McCollum, Jr.*
                                                               James E. McCollum, Jr.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

JOAN ELIZABETH MORGAN-NICHOLSON, PERSONAL
REPRESENTATIVE OF THE E
   Vs.
H&S HAULING, LLC et al

C.A. No.   2021 CA 004697 B

## INITIAL ORDER AND ADDENDUM

### Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

**(1)** This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

**(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).**

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge HIRAM E PUIG-LUGO
Date:    December 16, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, March 18, 2022
Location:  Courtroom 318
         500 Indiana Avenue N.W.
         WASHINGTON, DC 20001

         CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option 1** (AUDIO ONLY/Dial-in by Phone):

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2** (LAPTOP/ DESKTOP USERS 1):

Open Web Browser in Google Chrome and copy and paste following address from the next page:
https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3** (LAPTOP/ DESKTOP USERS 2):

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com   Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



**Option 4** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

| | | | |
|---|---|---|---|
| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60